UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In re the Petition of                                          No. 16 Civ. 2825 (PGG)
PVS International,
United Agencies,
Maghanmal Jethanand
(General Trading Company)
For Discovery In Aid of a Foreign Proceeding
Pursuant to 28 U.S.C. § 1782
--------------------------------------------------------

**NOTICE DISMISSING PETITION**
**WITHDRAWAL OF SUBPOENA [ECF 13, MOTION TO QUASH, MOOT]**

To the Clerk:

PLEASE TAKE NOTICE that petitioners PVS *et al.* hereby dismiss the petition and withdraw the related subpoena to non-party respondents American Steamship Owners Mutual Protection and Indemnity Association, Inc. and Shipowners Claims Bureau, Inc. (together, "Non-Party Respondents"). Non-Party Respondents' motion to quash [ECF 13] consequently is moot.

Dated: December 6, 2016.

                                                             /s/   J. Stephen Simms
                                                             J. Stephen Simms
                                                             Simms Showers LLP
                                                             201 International Circle
                                                            Baltimore, Maryland 21030
                                                            Phone:     410-783-5795
                                                            Facsimile:  410-783-5795
                                                            jssimms@simmsshowers.com

                                                            PVS *et al* Counsel